UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR11-209-RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| PAUL GEORGE, | ) | |
| Also known as Brad George, | ) | |
| | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Conspiracy to Defraud the United States, Felony Theft of Government Funds, Social Security Fraud: Concealment of Event, Social Security Fraud: False Statement, Unlawful Production of Identification Document, Social Security Number Misuse, Aggravated Identity Theft

<u>Date of Detention Hearing</u>: June 28, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the

DETENTION ORDER
PAGE -1

community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant, together with his mother, father and sisters, are charged with perpetuating a complicated scheme whereby defendant and his father allegedly feigned mental disability over a 31-year period in order to collect Supplemental Security Income benefits. As part of the alleged scheme, the defendants allegedly obtained several social security numbers in different names, collecting benefits with one social security number while operating a used car business under a different identity. Indeed, defendant continues to assert that his true name is Brad George, not Paul George. The AUSA proffers evidence to show that the individual named Brad George does not exist. Further, concerns have been raised that defendant has not been totally candid with Pretrial Services about the names of his family members, and some of the background information provided by defendant was contradicted by his common law wife. Defendant is alleged to have obtained a Washington State identity card in the identity of Brad George, but bearing the photograph of Paul George, and later a Washington State driver's license.

2. Defendant poses a risk of economic danger due to the nature of the instant offense and the lack of certainty about his true identity. He poses a risk of nonappearance due to multiple known alias names, two dates of birth and association with three social security numbers, as well as inconsistent information about his family and personal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 28th day of June, 2011.

Mary Alice Theiler
United States Magistrate Judge